AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | | |
|---|---|---|
| WANDA HAMILTON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br>*Plaintiff(s)*<br>v.<br>LMM MANAGEMENT, LLC; MCGUIGAN LAW OFFICE, LLC; CACH, LLC. LAWRENCE WEIL; SQURARE TWO FINANCIAL CORPORATION<br>*Defendant(s)* | )))))))))))) | Civil Action No.   13-2932 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
LMM MANAGEMENT, LLC
311 Veterans Highway, Suite 100A
Levittown, PA 19056

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
CARY L. FLITTER
LUNDY FLITTER BELDECOS & BERGER PC
450 N. NARBERTH AVE
NARBERTH, PA 19072

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   8/26/2013

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   13-2932

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JMN Management, LLC
was received by me on *(date)* 9/12/13.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Black female agent who refused name, accepted service on behalf of defendant at business address.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 9/13/13.

_____
Server's signature

Scott Segal - Process Server.
Printed name and title

Seagull Legal Services Inc.
PO Box 1706
Southampton, PA 18966

Server's address

Additional information regarding attempted service, etc: