UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

```
-----------------------------------X
WANDA HAMILTON                        :      CIVIL ACTION
              Plaintiff               :
vs.                                   :      CASE NO. 13-CV-2932
                                      :
LMM MANAGEMENT, LLC,                  :
CACH, LLC,                            :
LAWRENCE WEIL, and                    :
SQUARE TWO FINANCIAL CORPORATION      :
                                      :
              Defendants              :
-----------------------------------X
```

RULE 7.1(a) DISCLOSURE STAEMENT OF DEFENDANT
LMM MANAGEMENT, LLC


Pursuant to Fed. R. Civ. P. 7.1(a) Defendant LMM Management LLC hereby discloses as follows:

LMM Management LLC is not a publicly held corporation. No publicly held corporation owns ten percent (10%) or more of the stock of Defendant LMM Management, LLC.


/s/ Robert M. Kline
_____
Robert M. Kline, Esquire
P.O. Box 18806
Philadelphia, PA 19119
(215) 990-9490
Attorney   for   Defendants   LMM
Management LLC and Lawrence Weil

Dated: January 2, 2014