IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WANDA HAMILTON, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 13-2932 |
| | : | |
| LMM MANAGEMENT, INC., et. al, | : | |
| Defendants. | : | |
| | : | |

## O R D E R

**AND NOW**, this 19th day of March, 2014, upon consideration of defendants' motion to stay (Doc. No. 27) and responses thereto, it is hereby **ORDERED** that the defendants' motion is **DENIED**.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.