# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WANDA HAMILTON,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 13-2932 |
| | : | |
| **LLM MANAGEMENT, INC., et. al,** | : | |
| Defendants. | : | |
| | : | |

## O R D E R

**AND NOW**, this 14th day of August, 2014, upon consideration of plaintiff's motion for leave to file a Third Amended Complaint (Doc. No. 43) and any responses thereto, and for good cause shown, it is hereby **ORDERED** that the motion is **GRANTED**.

The plaintiff may file her Third Amended Complaint in the form attached as Exhibit "1" to the motion within **ten (10) days** of the date of this Order.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.