IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **WANDA HAMILTON,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **No. 13-2932** |
| | : | |
| **LLM MANAGEMENT, INC., et. al,** | : | |
| **Defendants.** | : | |
| | : | |

### O R D E R

**AND NOW**, this 10 day of February, 2016, upon consideration of the

Defendants' Motion for Summary Judgment (Doc. No. 70)[1] and any responses thereto, it

is hereby **ORDERED** that the motion is **GRANTED**, as explained in the accompanying

memorandum.

**IT IS FURTHER ORDERED** that:

1.   Count I of the Plaintiff's Third Amended Complaint is **DISMISSED**

**WITH PREJUDICE.**

2.   As the Court declines to exercise supplemental jurisdiction, Count II of the

Plaintiff's Third Amended Complaint is **DISMISSED** with leave to the

Plaintiff to refile them in state court.

---

[1] On October 7, 2014, defendants CACH and Square Two filed for summary judgment. See Doc. No. 70. The plaintiff filed her response in opposition on November 4, 2014. See Doc. No. 72. While initially defendants LMM and Lawrence Weil did not file a motion for summary judgment, on November 25, 2015, they filed a Motion for Joinder with the defendants CACH and Square Two's Motion for Summary Judgment. See Doc. No. 82. I granted this motion on December 15, 2015. See Doc. No. 84. As such, this Order and the accompanying memorandum applies to all defendants, as all defendants have moved for summary judgment.

3.   Plaintiff's Motion for Class Certification (Doc. No. 71) is **DENIED AS MOOT.**

4.   The Clerk of this Court is directed to mark this case as **CLOSED.**

BY THE COURT:

_____
LAWRENCE F. STENGEL, J.